Willie J. HARRISON, Petitioner–
Appellant,

v.

Charles M. CONDON, South Carolina
Attorney General; Warden, Kershaw
Correctional Institution, Respon-
dents–Appellees.

No. 01–6378.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

Willie J. Harrison, pro se.

Before WIDENER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Willie J. Harrison appeals the district
court's order dismissing his petition filed
under 28 U.S.C.A. § 2254 (West 1994 &
Supp.2000). Harrison's case was referred
to a magistrate judge pursuant to 28
U.S.C. § 636(b)(1)(B) (1994). The magis-
trate judge recommended that relief be
denied and advised Harrison that failure
to file timely objections to this recommen-
dation could waive appellate review of a
district court order based upon the recom-
mendation. Despite this warning, Harri-
son failed to object to the magistrate
judge's recommendation.

The timely filing of objections to a mag-
istrate judge's recommendation is neces-
sary to preserve appellate review of the
substance of that recommendation when
the parties have been warned that failure
to object will waive appellate review.
*Wright v. Collins,* 766 F.2d 841, 845–46
(4th Cir.1985); *see Thomas v. Arn,* 474
U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435
(1985). Harrison has waived appellate re-
view by failing to file objections after re-
ceiving proper notice. We accordingly
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*